ABRAHAM KORNBLUTH, Respondent, *v.* EDWARD A. ISAACS et al., Appellants.

*Kornbluth* v. *Isaacs*, 160 App. Div. 885, affirmed.
(Argued December 17, 1915; decided January 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 5, 1914, affirming a judgment in favor of plaintiff entered upon a verdict. The complaint alleged that the defendants and one John C. Johnson entered into a conspiracy to cheat and defraud the plaintiff, and to place upon the property of the defendant Isaacs a fictitious lease from Isaacs, as owner, to Johnson, who agreed to act as dummy lessee of the premises; that Johnson, pursuant to such understanding, entered into said lease with the defendant Isaacs for a period of twenty-one years; that the defendants represented Johnson to the plaintiff as being a responsible person, fully able to comply with the terms of the lease; that he had regularly paid his rent; that he had paid and deposited security of $1,000 called for by the lease and that he, Johnson, had personally expended from $16,000 to $18,000 in making repairs and alterations to the premises, which had been pledged by him as a guaranty of the performance of the lease by him; that the plaintiff relying upon said representations purchased the premises and paid therefor a sum far in excess of its value.

*Walter H. Pollak* and *Henry L. Scheuerman* for appellants.

*Nathan D. Stern, Julius J. Michael* and *I. B. Ripin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and POUND, JJ. Not sitting: CARDOZO, J.